Dismissed and Memorandum Opinion filed October 5, 2006








Dismissed
and Memorandum Opinion filed October 5, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01067-CV

____________

 

SUSAN J. SPILLIOS, Appellant

 

V.

 

HORN, WALLACE, COLE & CO., LTD.
d/b/a HORN MURDOCK COLE, Appellee

 



 

On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 05-58586

 



 

M E M O R A N D U M   O P I N I O N

This is
an interlocutory appeal from an order signed September 29, 2005.  On October
August  24, 2006, we granted the parties= joint motion to abate for settlement
and we issued an order abating the case until October 25, 2006, or until
further orders of this court.  On September 27, 2006, appellant filed an
unopposed motion to dismiss the appeal because the case has been settled. See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
we lift the abatement and order the appeal dismissed.








PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed October
5, 2006.

Panel consists of Justices Anderson, Edelman, and Frost.